UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIS PALOMARES )<br>)<br>Defendant. )<br>_____ ) | Case No. 06cr0256-BTM<br><br><br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY ORDERED that the sentencing hearing date currently set for May 27, 2009 at 9:00 a.m. be continued to July 17, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: May 28, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge